## BEAVER AMUSEMENT CORPORATION ET AL
### v. STATE OF ARKANSAS

73-13                                          495 S.W. 2d 839

### Opinion delivered June 18, 1973

*R. W. Laster,* for appellants.

*Jim Guy Tucker,* Atty. Gen., by: *Lonnie A. Powers,* Asst. Atty. Gen., for appellee.

JOHN A. FOGLEMAN, Justice. The judgment is reversed and the cause dismissed upon authority of *Southland Theatres* v. *State,* 254 Ark. 639 (1973), 495 S.W. 2d 148; *Southland Theatres* v. *State,* 254 Ark. 192 (1973), 492 S.W. 2d 421; *Mini-Art Operating Co., Inc.* v. *State,* 253 Ark. 364 (1972), 486 S.W. 2d 8.